UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MARCUS ZINMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>OSCAR GALLOWAY,<br><br>            Defendant. | No. 1:25-cv-00426 GSA (PC)<br><br>ORDER DENYING MOTION FOR PRESERVATION<br><br>(ECF No. 2) |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff has paid the filing fee. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this Court is Plaintiff's motion for a preservation order. ECF No. 2. For the reasons stated below, the motion will be denied.

I.      PLAINTIFF'S MOTION FOR A PRESERVATION ORDER

In Plaintiff's motion for a preservation order, Plaintiff states that a prison video exists which shows that in an effort to find a cellmate with whom he was compatible, Plaintiff gave CDCR officers an agreement that he had drafted for any future cellmate to sign. The agreement has the potential cellmate actively agree to cell with Plaintiff, despite the fact that the State of California has deemed Plaintiff to be "unreasonably violent" and despite the fact that Plaintiff has

1

1  a schizophrenia diagnosis.[1]  See ECF No. 2 at 1-2.

2      II.  DISCUSSION

3      Plaintiff's motion will be denied for the following reasons: 1- this matter has not yet been
4  screened and thus no defendants have yet been served and made a part of this action, thus the
5  Court has no jurisdiction over the person(s) Plaintiff would seek to be ordered to preserve
6  evidence, 2- Plaintiff has not identified the person or persons whom Plaintiff seeks to be ordered
7  to preserve evidence, and 3- Plaintiff has not sufficiently identified the cam video he seeks to
8  have preserved.    Consequently, no such order can issue.

9      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for preservation
10  (ECF No. 2) is DENIED.

11

12
13  IT IS SO ORDERED.

14      Dated:   **May 2, 2025**                              **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE
15

---

[1] The agreement also states that Plaintiff is currently in the process of attempting to legally refute these findings of the State of California. See ECF No. 2 at 2.