# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MARCUS ZINMAN,<br><br>Plaintiff,<br><br>v.<br><br>GALLOWAY,<br><br>Defendant. | No.  1:25-cv-00426-KES-FRS (BAM) (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ADVISORY OPINION<br>(ECF No. 29)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO RESCIND REQUEST FOR TIME EXTENSION AS MOOT<br>(ECF No. 31) |

Plaintiff Justin Marcus Zinman ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are the Court's February 12, 2026 findings and recommendations to dismiss this action, with prejudice, for failure to state a claim.  (ECF No. 25.)

On February 27, 2026, Plaintiff filed a "Motion for Extension."  (ECF No. 26.)  The motion states: "Here, Zinman requests leave for an extension of time to file an Amended Complaint and to file objections to the Court's Order prohibiting Zinman from issuing implicit or explicit Death Threats."  (*Id.*)  Finding that Plaintiff has not shown good cause for the requested extension, the request was denied on March 3, 2026.  (ECF No. 27.)

On March 9, 2026, Plaintiff filed objections to the findings and recommendations, a motion for advisory opinion, and a second motion for joinder.  (ECF Nos. 28–30.)  On March 16, 2026, Plaintiff filed a motion to rescind the request for extension of time.  (ECF No. 31.)

1

Plaintiff's objections and second motion for joinder will be addressed together with the pending findings and recommendations. The remaining motions are denied, as explained below.

First, Plaintiff seeks an advisory opinion about changing the caption in this case, and in all of his pending cases, from Plaintiff "Justin Marcus Zinman" to "John Doe." (ECF No. 29.) The Court may not issue advisory opinions. *See Flast v. Cohen*, 392 U.S. 83, 96 (1968) ("[I]t is quite clear that the oldest and most consistent thread in the federal law of justiciability is that the federal courts will not give advisory opinions.") (internal citation omitted); *Thomas v. Anchorage Equal Rights Comm'n*, 220 F.3d 1134, 1138 (9th Cir. 2000) ("Our role is neither to issue advisory opinions nor to declare rights in hypothetical cases, but to adjudicate live cases or controversies consistent with the powers granted the judiciary in Article III of the Constitution.").

With respect to the motion to rescind the February 27, 2026 motion for extension of time, the motion is denied, as moot. As noted above, the Court denied the motion for extension of time on March 3, 2026. (ECF No. 27.)

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for advisory opinion, (ECF No. 29), is DENIED; and

2. Plaintiff's motion to rescind request for time extension, (ECF No. 31), is DENIED, as moot.

IT IS SO ORDERED.

Dated:    **March 21, 2026**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

2